REGINA H. MEREDITH AND CLIFFORD W. SNEDEKER, PLAINTIFFS-RESPONDENTS, v. MERCER COUNTY BOARD OF CHOSEN FREEHOLDERS, DEFENDANTS-APPELLANTS, GEORGE F. KUGLER, JR., ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, INTERVENOR-RESPONDENT.

Argued December 7, 1971—Decided December 13, 1971.

*Mr. Harvey L. Stern,* Mercer County Counsel, argued the cause for appellant.

*Mr. Edward C. Laird,* Deputy Attorney General, argued the cause for Intervenor-Respondent (*Mr. George F. Kugler, Jr.,* Attorney General, attorney; *Mr. Stephen Skillman,* Assistant Attorney General, of counsel; *Mrs. Virginia L. Annich* and *Mr. Harvey Levine,* Deputy Attorneys General, on the brief).

PER CURIAM. The judgment of the Appellate Division is affirmed for the reasons expressed in its majority opinion (117 *N. J. Super.* 368 (1971)) in accordance with the trial court opinion. (117 *N. J. Super.* 379 (1970))

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—6.

*For reversal*—None.